# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Sandra E. Houston ,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                3:10-CV-470

Michael J. Astrue ,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.


                Signed: October 7, 2011

Frank G. Johns, Clerk
United States District Court