**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **SANDRA E. HOUSTON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:10-CV-470-RLV-DSC** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A)" filed on January 3, 2012. The parties agree in this case that Plaintiff should be awarded attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of $6,297.64.

**IT IS ORDERED** that the "Motion for Fees Under the Equal Access to Justice Act 28 U.S.C. § 2412(d)(1)(A)" is **GRANTED**, to the extent that the Court will award attorneys' fees in the amount of $6,297.64, and that pursuant to Comm'r of Soc. Sec. v. Ratliff, 560 U.S. ----, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine within thirty days of this Order whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any federal debt, the Government will exercise its discretion and honor the assignment of EAJA fees, and pay the fees awarded directly to Plaintiff's counsel. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**SO ORDERED**.                    Signed: January 23, 2012

David S. Cayer
United States Magistrate Judge